IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BDO USA, P.C.,
        Plaintiff,

v.                                                                Civil No. 3:24cv12 (DJN)

CALEB CRANDELL,
        Defendant.

## ORDER
### (Granting Motion to Withdraw)

This matter comes before the Court on Tiffany Joseph Goodson, Jacqueline Guesno and

Meredith Munro's (collectively "Defendant's Counsel") Motion to Withdraw as counsel of

record for Defendant Caleb Crandell ("Defendant") ("Motion" ECF No. 54).  Defendant's

Counsel represents that Matthew P. Bosher from Hunton Andrews Kurth LLP will enter his

appearance on behalf of Defendant Caleb Crandell and will represent Defendant against Plaintiff.

As a result, the Court hereby GRANTS the Motion (ECF No. 54) subject to Mr. Bosher entering

his appearance on the public docket.  Until then, Defendant's Counsel must stay on as counsel of

record.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 23, 2024